■ In the Matter of TYRONE WALKER, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [14 NYS3d 720]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of JOSEPH ROSA, Petitioner, v THOMAS GRIFFIN, as Superintendent of Eastern Correctional Facility, Respondent. [14 NYS3d 724]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

McCarthy, J.P., Garry, Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of ANONYMOUS, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [14 NYS3d 724]—Appeal from a judgment of the Supreme Court (O'Connor, J.), entered October 23, 2014 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Judgment affirmed. No opinion.

Lahtinen, J.P., Garry, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed, without costs.